[Sims v. The State.]

# Sims *v*. The State.

*Prosecution for using Abusive, Insulting or Obscene Language in the presence of Female.*

1. *Prosecution for criminal offense; sufficiency of affidavit.*—An affidavit or complaint made for the institution of a prosecution which affirms only that the affiant has reason to believe and does believe that the defendant committed a designated offense, is insufficient to institute a prosecution, does not authorize the issuance of a warrant of arrest, and will not support a judgment of conviction.

APPEAL from the Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

The appellant in this case was tried and convicted under a prosecution, which was commenced by an affidavit, which was in words and figures as follows: "Personally appeared before me, Ira Dement, a justice of the peace in and for said county, J. L. Campbell, who being duly sworn, says on oath, that he has cause to believe and does believe that within twelve months before making this affidavit in said county, M. F. Sims did enter into, or go sufficiently near the dwelling house of J. L. Campbell, and into the presence, or within the hearing of the family of the occupants thereof, or some member of said family, used abusive, insulting or obscene language, or in the presence or hearing of a female, did use abusive, insulting or obscene language, against the peace and dignity of the State of Alabama."

GEORGE BONDURANT, for appellant.

MASSEY WILSON, Attorney-General, for the State.

SHARPE, J.—By the complaint in this case the affiant does not affirm he had *probable* cause to believe the defendant committed an offense or anything that is equivalent to such affirmation. Lacking this essential

feature, the complaint is insufficient to support a conviction or prosecution.—*Monroe v. State, infra.*

The judgment appealed from will be reversed and a judgment will be here rendered dismissing the case and discharging the defendant.

Reversed and rendered.